FILED:  July 31, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6197

_____

KENNETH RAY JENKINS,

Plaintiff – Appellant,

v.

SHERIFF CALVIN WOODARD,

Defendant – Appellee.

_____

O R D E R

_____

The court amends its opinion filed July 22, 2024, as follows:

On the last line of page 13, footnote 3 is added.

For the Court

/s/ Nwamaka Anowi, Clerk